# GLENN A. GARBER, P.C.
## ATTORNEYS AT LAW

233 BROADWAY, SUITE 2370, NEW YORK, NY 10279

TEL: 212-965-9370  FAX: 212-965-9375
www.glenngarber.com

August 4, 2022

**Filed by ECF**
Honorable Judge Vernon S. Broderick
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

  Re:  *USA v. Auffredou, et al*, 1:22-cr-00238 (VSB)

Dear Judge Broderick,

  I represent George Sewell in the above referenced case.

  I am requesting a modification to Mr. Sewell's bail conditions allowing him to travel to the Western District of New York with his mother to visit his sister, as this Court allowed him to do at the winter holidays, in early April, and most recently for a little over a week in May. Mr. Sewell and his mother Vanessa Lewis would like to travel from August 6 through August 13. The address where they would be staying is 1515 Hillcrest Village #2, Niskayuna, NY, 12309.

  The United States Attorney's Office has no objection to this request.

  Pretrial Services Officer Courtney DeFeo, to whom Mr. Sewell is assigned, indicates that her office denies all such requests as a matter of course when location monitoring is involved but adds that Mr. Sewell is compliant with all of his conditions.

Respectfully submitted,

Glenn A. Garber

cc: Assistant US Attorney Patrick Moroney (Via ECF)
   Pretrial Services Officer Courtney DeFeo (Via Email)