UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :

UNITED STATES OF AMERICA

                                    :    1:22-cr-00238-VSB-002

    -against-                :    <u>ORDER</u>
                                      :

George Sewell

                                      :

        Defendant

                                      :
-----------------------------------X

Vernon S. Broderick, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the condition of a curfew enforced by location monitoring.

        Dated: New York, New York
              August  <u>5</u> , 2022

                            SO ORDERED:

                            VERNON S. BRODERICK
                            United States District Judge