UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                               :

UNITED STATES OF AMERICA,             :

                       v.                                       :

                                                     :           22-CR-238 (VSB)

GEORGE SEWELL,                             :

                                                     :                 **ORDER**

                                        Defendant.       :

-------------------------------------------------------- :
                                                           X

<u>VERNON S. BRODERICK, United States District Judge</u>:

         As stated at the status conference held on June 7, 2023, it is hereby

         ORDERED that the defendant's bail be modified to include the condition of inpatient co-occurring drug treatment and mental health treatment.

         It is FURTHER ORDERED that the Government should update the Court within two business days of Sewell being admitted into an inpatient drug and mental health treatment program.

SO ORDERED.

Dated: June 7, 2023
        New York, New York

                                                      _____
                                                      Vernon S. Broderick
                                                      United States District Judge