```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
              v.                                            :
                                                            :     22-CR-238 (VSB)
GEORGE SEWELL,                                              :
                                                            :         ORDER
                                        Defendant.          :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

A status conference regarding George Sewell will be held on August 1, 2023 at 1:00pm in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  July 25, 2023
        New York, New York

_____
Vernon S. Broderick
United States District Judge