UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                :

UNITED STATES OF AMERICA,          :

                       v.                               :
                                                :          22-CR-238 (VSB)
GEORGE SEWELL,                       :
                                                :             **ORDER**
                                Defendant.  :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Today, I held a bond hearing in this matter, during which the parties discussed the Defendant's multiple violations of the conditions of his release. As stated at the hearing, it is hereby

       ORDERED that the Defendant's bail is revoked and he be remanded to the custody of the United States Marshal's Service.

       IT IS FURTHER ORDERED that the government work with defense counsel to provide the Metropolitan Detention Center ("MDC") health care staff all pertinent medical records associated with the Defendant's specific conditions. For example, in addition to psychiatric care, the Defendant is to receive drug treatment.

SO ORDERED.

Dated:   September 12, 2023
            New York, New York

                                                                   _____
                                                                   VERNON S. BRODERICK
                                                                   United States District Judge