

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 10/09/2025

The status conference scheduled for October 14, 2025 is hereby adjourned to November 19, 2025 at 2:00 PM.

**BY ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. George Sewell,* 22 Cr. 238 (VSB)

Dear Judge Broderick:

The Government writes, with the consent of defense counsel, to request an adjournment of the status conference scheduled for October 14, 2025, in this violation of supervised release proceeding. As the Court will recall, the defendant was scheduled to appear in New York County Criminal Court on October 6, 2025, at which the parties anticipated that the defendant would resolve his pending state case. The Government understands that, due to an administrative oversight, the defendant was not produced on October 6, and the proceeding was rescheduled for October 30, 2025.

Accordingly, the Government respectfully requests that the October 14 status conference be rescheduled to a date after October 30. Based on discussions with Chambers, defense counsel, and the Probation Office, the Government understands that the Court and parties are available on November 19 at 2 p.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

cc (by ECF and e-mail):   Glenn Garber, Esq.
                         Probation Officer Hildery Huffman